ANNA JACOBSON, Plaintiff, *v.* IGNATZ JACOBSON, Defendant.

MAX BROWN, Appellant; NATHANIEL ROSENBERG, Respondent.

*Jacobson* v. *Jacobson,* 168 App. Div. 900, appeal dismissed.
(Argued November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1915, which affirmed an order of Special Term confirming the report of a referee in sequestration proceedings.

The motion was made upon the ground that the appellant had stipulated not to appeal to the Court of Appeals.

*Reuben Tally* for motion.

*Mirabeau L. Towns* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.